UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BANK OF HOPE,<br><br>                        Plaintiff,<br><br>      vs.<br><br>SUNG KON CHANG, individually, EUN KYUNG CHANG, individually, and the marital community composed of SUNG KON CHANG and EUN KYUNG CHANG, husband and wife,<br><br>                        Defendants. | No. 18-cv-5848-BHS<br><br>ORDER OF SALE |

**TO THE UNITED STATES MARSHAL OF THE WESTERN DISTRICT OF WASHINGTON, GREETINGS:**

WHEREAS, on the 28th day of November, 2018, this Court entered a Judgment and Decree of Foreclosure in favor of plaintiff against the defendants (*Dkt. No. 16*);

WHEREAS, the said judgment is a judgment of foreclosure of plaintiff's deed of trust (the "Deed of Trust"), recorded February 17, 2015 under Pierce County Auditor's File No. 201502170589, and covering the real property, located in Pierce County, Washington, and legally described as

ORDER OF SALE
Case No. 18-cv-5848
Page - 1

Law Offices of
**TURNBULL & BORN,** P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma, WA 98402
(253) 383-7058; FAX (253) 572-7220

That part of Lot 9 of NIXON LAKE TRACTS, according to Plat recorded in Book 10 of Plats at Page 47, described as follows:

Beginning at the most Northeasterly corner of said Lot 9;
Thence South 4° 39'39" East along the Easterly line of said Lot 9, 25.42 feet;
Thence West 308.46 feet
Thence North 75.05 feet to an angle in the Southerly boundary of said Lot 8;
Thence Southeasterly along said Southerly boundary 317.46 feet to the Point of Beginning;

TOGETHER WITH Second Class Shorelands, as conveyed by the State of Washington, situate in front of, adjacent to or abutting thereon;

Situate in the County of Pierce, State of Washington

Assessor's Tax Parcel Number 630500-0091

and commonly known as 7914 Nixon Ave SW, Lakewood, WA 98498.

The redemption period shall be 12 months.

THEREFORE, you are hereby commanded to levy upon, seize, take into execution and sell, or deliver possession thereof, according to law, and without appraisement, the above-described property, or so much thereof as may be necessary to satisfy the judgment, interest and costs, upon giving notice prescribed by law, and make return of writ within sixty days from date hereof.

DATED this 12th day of December, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER OF SALE
Case No. 18-cv-5848
Page - 2

Law Offices of
TURNBULL & BORN, P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma, WA 98402
(253) 383-7058; FAX (253) 572-7220